UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | No. 1:16-cv-01455-DAD-JLT |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| METRO HOSPITALITY SERVICES, INC., d/b/a HAMPTON INN FRESNO NW, | (Doc. No. 9) |
| Defendant. | |

On November 21, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 9.) Defendant has not filed a responsive pleading in this action. In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: **November 23, 2016**

UNITED STATES DISTRICT JUDGE

1